FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 NOV -3 AM 10: 46
CLERK B. West
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERARD PUGH, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-055
)
B. AVANT EDENFIELD, Judge, )
and JAY C. FISHER, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 9). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's Motion for Extended Time (Doc. 6) is **GRANTED** and Motion for Leave to Proceed In Forma Pauperis (Doc. 5) is **DENIED**. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3RD day of November 2010.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA